*received*
*8-11-2014*

D35451749
cc  jmdaugereau

Ordered by Atty..  TRAVIS L. MOSE

# CITATION

| | |
|---|---|
| **ASIA  MALVEAUX** | **FIFTEENTH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20143986 E** |
| **CITY OF BROUSSARD, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:   **THE CITY OF BROUSSARD**
      **THROUGH MAYOR CHARLES LAGLANIAS**
      **310 E. MAIN STREET**
      **BROUSSARD, LA  70518**

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this AUGUST 6, 2014.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED,                          29        TIME:
SERVED
PERSONAL (  )
DOMICILIARY (  ) ON
UNABLE TO LOCATE:        MOVED (  )      NO SUCH ADDRESS (  )
OTHER REASON:
RECEIVED TOO LATE FOR SERVICE  (   )
SERVICE OF WITHIN PAPERS
COSTS FEE $              MILEAGE $              TOTAL $
DEPUTY



ASIA MALVEAUX                          15TH JUDICIAL DISTRICT COURT

VERSUS                                 LAFAYETTE PARISH, LOUISIANA

BROUSSARD POLICE DEPARTMENT
CHIEF OF POLICE BRANNON DECOU          CIVIL DOCKET NO.: 2014  39860 E
CITY OF BROUSSARD
HENRY SAMUEL BATES                     FILED: _____

---

### PETITION FOR DAMAGES                           DIV.

The petition of **ASIA MALVEAUX** a person of full age of majority and domiciled in the

City of Broussard, Parish of Lafayette and State of Louisiana "hereinafter sometimes referred to as

"Plaintiff" , with respect represents:

1.

This action arises under Title 42, USC Sections 1983 and 1988. This court has jurisdiction

over the action under Title 28, USC Sections 1343. Venue is proper in the 15th Judicial District

pursuant to Title 28 USC Section 1391 & pursuant to LA. C.C.P. Article 42.

2.

Made Defendants herein are:

    CITY OF BROUSSARD, a duly incorporated municipality under the law of the State of
    Louisiana

    CITY OF BROUSSARD POLICE DEPARTMENT, a duly authorized entity of the City
    of Broussard

    CHIEF OF POLICE BRANNON DECOU, individually and in his official capacity as
    Chief of Police of the City of Broussard;

    HENRY SAMUEL BATES, individually and in his official capacity as a police officer in
    the employment of the city of Broussard; and

3.

At all times applicable hereto, **CHIEF OF POLICE BRANNON DECOU** and

Defendant  HENRY BATES were duly appointed and employed in their official capacity with the

**CITY OF BROUSSARD POLICE DEPARTMENT** and all actions taken by them were in the

course and scope of their employment with the city.

4.

Plaintiff, **ASIA. MALVEAUX,**  at the time of the incident was a middle school student in

the eighth grade at Broussard Middle School.

STAMPED COPY GIVEN



5.

On or before the 11th day of July 2010 the defendant, **HENRY SAMUEL BATES** was employed as a police officer for the City of Broussard and at the time of the incident was assigned as a resource officer for Broussard Middle School in Broussard, Louisiana.

6.

On or before the aforementioned date it is alleged by the plaintiff that the defendant **HENRY SAMUEL BATES** on or about the first day of August 2009, initiated and maintained an intimate relationship with the plaintiff ASIA MALVEAUX who at the time was a minor. This relationship included but was not limited to phone conversation, text messages and sexual acts.

7.

Said inappropriate relationship continued throughout the school year and was maintained by Officer Bates through threats and coercion made possible through his position as an Officer for the Broussard Police Department and the Resource Officer appointed by the Broussard Police Department.

8.

Upon information and belief it is alleged that the defendant, Henry Bates, threatened to have the parent of the minor child ASIA MALVEAUX arrested should the minor child reveal the relationship to any adult and/or the supervisor of Bates.

9.

It is alleged there were prior complaints made against the defendant, Henry Batess, by numerous minor females for misconduct including but not limited to inappropriate propositions, touching and conversations which defendant Chief Brannon Decou was aware of but took no action on.

10.

Plaintiff Asia Malveaux alleges that the City of Broussard and the Broussard Police Department failed to protect her from the predatory nature of Henry Bates by not removing him from the school or properly investigating the complaints of the other minor females.

11.

Plaintiff, Asia Malveaux , further alleges that the City of Broussard, Broussard Police Department and Chief Brannon Decou took no disciplinary, administrative or personnel action

against the defendant, Henry Bates, until they  were given another notification by another minor female student that there was a ongoing relationship between the defendant, Henry Bates, and the minor child plaintiff, Asia Malveaux.

12.

The Lafayette Parish District Attorney's Office charged the defendant,  HENRY SAMUEL BATES  with one count of oral sexual battery and four counts of molestation of a juvenile, via grand jury indictment.

13.

On or about April  15, 2013, the defendant, Henry Samuel Bates,  pled guilty to four counts of Molestation of a Juvenile and one count of Oral Sexual Battery of a Juvenile.

14.

The acts of the defendant,  HENRY SAMUEL BATES, in  2009 through 2010, are a part of the  practices, policies, customs and usages of the   Broussard City Police Department. Its management and administrative officials were aware of  several prior instances of the aforesaid Henry Samuel Bates  while employed by the Police Department illegally and unlawfully violating the constitutional rights of the city's  citizens yet did nothing, to investigate these incidences to determine  the validity of said accusations and thereby taking the  necessary steps to preclude recurrence while acting under color of law.

15.

As a direct consequence of the lack of action by Defendants, Petitioner was deprived of her childhood, liberty, threatened with  the arrest of her mother and herself, suffered and continues to suffer physical and mental pain and anguish, acute mental distress, embarrassment, humiliation, permanent disability, permanent scaring and suffered and continues to suffer losses as a result of the incident which was in public view and which received notoriety.

16.

Additionally, Petitioner was injured as a result of the defamation by the defendants, City of Broussard, Broussard Police Department and Henry Samuel Bates through  their false  accusations which were made with malice and were published in public records and in various newspapers and which resulted in injury to Petitioner, her mother and siblings. Petitioner has incurred considerable

costs, expenses, and medical fees in her pursuit to return to a normal life including but not limited to having to relocate to a new school away from her family and friends.

17.

The constitutional rights of **ASIA MALVEAUX,** that were deprived, were clearly established and well known to a reasonable person. The unreasonably excessive actions of the CITY OF BROUSSARD, CITY OF BROUSSARD POLICE DEPARTMENT and HENRY SAMUEL BATES were objectively unreasonable in light of the severity of the crimes alleged, the facts and circumstances surrounding the situation, the relatively safe location of which it occurred, the gender of the Petitioner, her size and strength versus that of **HENRY BATES.** The above violations and torts were committed as a result of the polices, customs and procedures of the CITY OF BROUSSARD and the **BROUSSARD POLICE DEPARTMENT** and upon information and belief it was the policy, custom and practice of the Defendants, **CITY** OF BROUSSARD and the CITY OF POLICE DEPARTMENT, to inadequately and improperly train and supervise their employees.

18.

Further, upon information and belief, the inadequate training and supervision was known by Defendants, **CITY OF BROUSSARD, CITY OF BROUSSARD POLICE DEPARTMENT and CHIEF BRANDON DECOU** failed to take investigative, disciplinary and/or personnel action against defendant HENRY BATES, despite being aware of his inappropriate actions with other minor females.

19.

The defendants' negligence subjected the plaintiff to the actions of Henry Bates and the deprivation of her rights, either intentionally or maliciously, or by acting with a reckless disregard for whether he presented a continuing danger to the students of Broussard Middle School by their actions or lack thereof. Further, the individual Defendants had no reasonable basis for believing their conduct was lawful and as such are not entitled to qualified immunity.

20.

As the employer of the defendant, Henry Bates, the City of Broussard, Broussard Police Department and Chief of Police Brandon Decou, are responsible under the legal doctrine of *respondeat superior* for all the damages and injuries occasioned herein by their negligence with

respect to the actions of the said Henry Bates who at all times material hereto was operating within the course and scope of his employment with the Broussard Police Department and cloaked with the authority inherent of his position as a duly qualified and appointed peace officer for the City of Broussard.

21.

The **CITY OF BROUSSARD and the BROUSSARD POLICE DEPARTMENT are** liable independently for its negligence in failing to properly train and supervise the defendant, HENRY BATES.

### DAMAGES AND HARM-ALL COUNTS AND CAUSES OF ACTION

22.

The above conduct of the Defendants was the cause (direct and proximate) of the harm and permanent injury to **ASIA MALVEAUX** and the resulting damages as alleged to be to proven at trial.

Petitioner, **ASIA MALVEAUX,** respectfully represents that she is entitled to damages reasonable in the premise from Defendants who are liable (*insolido* or otherwise) as a result of the acts and misconducts alleged previously for:

1. Compensatory damages against Defendants, and each of them, insolido, in the amount to be determined at the trial;

2. Treble, exemplary and/or punitive damage against Defendants, in an amount to be determined at the trial;

3. The cost of this action, including attorney fees; and

4. Such other and further relief as this Court may deem appropriate.

23.

Plaintiff , ASIA MALVEAUX is a citizen of the State of Louisiana and because of her poverty and want of means she is unable to pay costs, either in advance or as they accrue, or to give bond therefore, and requests that she be allowed to prosecute and file this action in forma pauper is under the provisions of LA C.C.P. Articles 5181- 5188 wt seq.

WHEREFORE, Petitioner, **ASIA MALVEAUX,** prays that defendants be served in accordance with the law, they answer accordingly and after the lapse of all legal delays there by judgment rendered in favor of **ASIA   MALVEAUX**   against the defendants, **CITY OF**

BROUSSARD, CITY OF BROUSSARD POLICE DEPARTMENT, CHIEF OF POLICE

BRANDON DECOU , Officer HENRY SAMUEL BATES jointly, severally and in solido for

compensatory damages, punitive damages and attorney's fees together with interest from date of

judicial demand until paid.

   AND FOR ALL GENERAL AND EQUITABLE RELIEF.

         RESPECTFULLY SUBMITTED,


   BY:

      **TRAVIS L. MOSE(#28843)**
      **ROYALE L. COLBERT (27412)**
      Post Office Box 256
      Lafayette LA  70506
      Phone: (337) 232-7239
      Fax:    (337) 232-1656
      Email: royalecolbert@gmail.com
            moseluw@hotmail.com
      **Attorneys for Plaintiff Asia Malveaux**

**PLEASE SERVE:**

**BROUSSARD CITY POLICE CHIEF**
**THROUGH CHIEF BRANNON DECOU**
 **414 E. MAIN ST.**
**BROUSSARD, LA 70518**

**THE CITY OF BROUSSARD**
**THROUGH MAYOR CHARLES LAGLANIAS**
**310 E. MAIN ST.**
**BROUSSARD, LA. 70518**

 **BRANNON DECOU**
**414 E. MAIN ST.**
**BROUSSARD, LA 70518**

**HENRY SAMUEL BATES**
**LOUISIANA DEPARTMENT OF CORRECTIONS**

FILED THIS
DAY OF

Deputy Clerk of Court